IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLAUDIO GONZALES,

    Plaintiff,

v.                                                  1:17-cv-00052 –LF/SCY

MOLLY MACKOWITZ and SAFECO INSURANCE COMPANY,

    Defendants.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon Plaintiff, Claudio Gonzales, and Defendants, Molly Mackowitz and Safeco Insurance Company's, Stipulated Motion to Dismiss with Prejudice, for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein by Plaintiff against Defendants on the grounds that all matters in controversy by Plaintiff against Defendants have been fully resolved; and the Court having reviewed the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

    1.    That it has jurisdiction over the parties and the subject matter of this suit;

    2.    Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint and all causes of action stated therein or which could have been stated therein, filed by Plaintiff, Claudio Gonzales against Defendants Molly Mackowitz and Safeco Insurance Company be and hereby is dismissed, with prejudice, with each party to bear its/their own attorneys' fees and costs.

**IT IS SO ORDERED**.

_____
THE HONORABLE LAURA FASHING
UNITED STATES MAGISTRATE JUDGE
PRESIDING BY CONSENT


**SUBMITTED AND APPROVED BY:**


/s/ Meena H. Allen
Meena H. Allen
*Attorney for Defendants*


Narciso Garcia Jr., approved on February 18, 2017
Narciso Garcia, Jr.
*Attorney for Plaintiffs*